888

No. 69822.—W. J. Byrnes & Co., Inc., and Lefton Pacific, Inc., et al. v. United States, protests 61/8907, etc. (Los Angeles).

Opinion by LANDIS, J.  In accordance with stipulation of counsel that the merchandise consists of cups and saucers similar in all material respects to those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, MARCH 8, 1966

No. 69823.—Weather-Rite Sportswear Co., Inc. v. United States, protests 62/5680, etc. (Galveston).

Opinion by NICHOLS, J.  In accordance with stipulation of counsel that the merchandise consists of articles of synthetic rubber similar in all material respects to those the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiff was sustained.

No. 69824.—Irving Raincoat Co., Inc. v. United States, protest 63/11398 (Los Angeles).

Opinion by NICHOLS, J. In accordance with stipulation of counsel that the merchandise consists of articles of synthetic rubber similar in all material respects to those the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MARCH 8, 1966

**No. 69825.**—Isaac B. Cohen & Sons Corp. *v.* United States, protests 64/23871, etc. (New York).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of rubber bulb horns similar in all material respects to those the subject of Abstract 69382, the claim of the plaintiff was sustained.

**No. 69826.**—Rohner Gehrig & Co., Inc., and The Graber Manufacturing Co. *v.* United States, protest 61/5991 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of pole ends similar in all material respects to those the subject of *J. C. DeJong & Co., Inc.* v. *United States* (52 CCPA 26, C.A.D. 852), the claim of the plaintiffs was sustained.